UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| David Kay Wiens, | Case No. 2:17-cv-02438-MCE-DB |
|---|---|
| Plaintiff, | Case No. 2:17-cv-01672-MCE-DB |
| v. | **RELATED CASE ORDER** |
| United States of America Veterans Hospital; Timothy J. Bishop, | |
| Defendant. | |

The Court received the Notice of Related Cases filed February 12, 2018. Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 123(a), E.D. Cal. (1997). The actions involve the same parties, are based on the same claim, and involve the same property transaction or event.

Because the cases are already assigned to the same district and magistrate judges, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: February 21, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE